MINNIE KESSELMAN, as Administratrix, etc., of ISIDOR KESSELMAN, Deceased,

Respondent, v. Maurice I. Glassheim, Appellant, Impleaded with Another.— Judgment and order reversed and a new trial ordered, with costs to the appellant to abide the event, on the ground that the verdict is against the weight of the credible evidence. Finch, P. J., Martin and O'Malley, JJ., concur; Finch, P. J., and Martin, J., are also of the opinion that the decedent was guilty of contributory negligence as a matter of law; Merrell and Untermyer, JJ., dissent and vote for affirmance.